IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALLSCRIPTS HEALTHCARE, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-704 |
| | : | |
| ANDOR HEALTH, LLC, *et al.* | : | |

# ORDER

**AND NOW**, this 31st day of January 2022, upon reviewing Special Master Judge Robinson's Report and Recommendation (D.I. 231) without objection under our January 5, 2022 Order (D.I. 207), and mindful Judge Robinson reports the parties have mooted the issue presented in Defendants' Motion for privilege (D.I. 191) and Response (D.I. 195), it is **ORDERED**:

1. The Defendants' Motion for privilege determination (D.I. 191) is **DENIED as moot** as resolved by the parties; and,

2. We **ADOPT AND APPROVE** Judge Robinson's Report and Recommendation (D.I. 231) directing the parties as to the standards for further discovery.

**KEARNEY, J.**