IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLSCRIPTS HEALTHCARE, LLC, HEALTH GRID HOLDING COMPANY, LLC, HEALTH GRID, LLC, HEALTH GRID COORDINATED CARE SOLUTIONS, INC., and MAHATHI SOFTWARE, LLC, <br><br>Plaintiffs, <br><br>v. <br><br>ANDOR HEALTH, LLC, MAHATHI SOFTWARE PVT., LTD., RAJ TOLETI, PAUL TYRIVER, and AMAR BULSARA, <br><br>Defendants, <br><br>ANDOR HEALTH, LLC, MAHATHI SOFTWARE, PVT., LTD., and RAJ TOLETI, <br><br>Counterclaim Plaintiffs, <br><br>v. <br><br>ALLSCRIPTS HEALTHCARE, LLC, JAMES HEWITT, JEFF FRANKS, WARREN NASH, and BRYAN SEABORN, <br><br>Counterclaim Defendants. | C.A. No. 1:21-cv-00704-MAK |

**O R D E R**

Pursuant to Judge Kearney's Order of January 5, 2022, the parties have conferred with me as the designated discovery master under Fed.R.Civ.P. 53 to resolve their various pending discovery motions, including Defendants' Motion to Compel Complete Responses to

Interrogatories and Plaintiffs' response thereto (D.I. 275, 278), Plaintiffs' Motion to Compel Production of Source Code and Defendants' response thereto (D.I. 282, 298), Defendants' Motion for Privilege Determination and to Continue Deposition and Plaintiffs' response thereto (D.I. 280, 298), and Plaintiffs' Motion to Compel Production of Comparison Source Code and Defendants' partial response thereto (D.I. 299, 300). Given the overlapping considerations related to the multiple motions:

IT IS ORDERED that:

1. The Parties shall continue to meet and confer regarding the source code disputes raised in both D.I. 282 and D.I. 299;

2. If unable to reach agreement on those disputes, Defendants shall respond to the merits of Plaintiffs' Motion to Compel Production of Comparison Source Code (D.I. 299) by end of business Wednesday, March 30, 2022.

3. A decision on all of the motions shall be submitted to the Court on or before Monday, April 4, 2022.

4. As per Judge Kearney's January 5, 2022 Order, the parties have 24 hours to submit objections not exceeding five pages to this recommended Order.

Respectfully submitted,

/s/ Sue L. Robinson
Sue L. Robinson, Special Master