**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **ALLSCRIPTS HEALTHCARE, LLC** | **:** | **CIVIL ACTION** |
| | **:** | |
| **v.** | **:** | **NO.  21-704** |
| | **:** | |
| **ANDOR HEALTH, LLC,** *et al.* | **:** | |

## <u>ORDER</u>

    **AND NOW,** this 31st day of March 2022, upon noting no party objected to Special Master Judge Robinson's March 29, 2022 Report and Recommendation (D.I. 303) consistent with our January 5, 2022 Order (D. I. 207), it is **ORDERED** we **ADOPT** in full Special Master Judge Robinson's March 29, 2022 Report and Recommendation (D.I. 303).

                                   **KEARNEY, J.**