IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLSCRIPTS HEALTHCARE, LLC, MAHATHI SOFTWARE, LLC, HEALTH GRID COORDINATED CARE SOLUTIONS, INC., HEALTH GRID HOLDING COMPANY, LLC, HEALTH GRID, LLC | : CIVIL ACTION : : : : : : |
| v. | : NO. 21-704 : |
| ANDOR HEALTH, LLC, MAHATHI SOFTWARE PVT., LTD., RAJ TOLETI, AMAR BULSARA, PAUL TYRIVER | : : : : |

## ORDER

AND NOW, this 14th day of April 2022, upon reviewing Special Master Judge Robinson's April 12, 2022 Report and Recommendation (D.I. 347), without timely objection under our January 5, 2022 Order (D. I. 207), and independently finding Judge Robinson's rulings soundly based in the Law and a balanced approach to the parties' discovery obligations, it is **ORDERED**:

1. We **ADOPT** Special Master Judge Robinson's April 12, 2022 Report and Recommendation (D.I. 347);

2. We **GRANT** Defendants' Motion to compel discovery (D. I. 312) consistent with the parties' agreement as to the scope of the document search;

3. We **GRANT** Plaintiffs' Motion for protective order (D. I. 331) **in part** to preclude production of the second bullet point in the challenged document with the balance of the document produced no later than **April 18, 2022** and the deposition of Heather Childs promptly continued on these issues at the Plaintiffs' sole expense as to the court reporter fees and costs; and,

2

4. We **GRANT** Plaintiffs' Motion to compel production of source code (D.I. 282) consistent with the protocol suggested by the Plaintiffs solely at the Plaintiffs expense.

_____
KEARNEY, J.