IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLSCRIPTS HEALTHCARE, LLC | : CIVIL ACTION |
| v. | : NO. 21-704 |
| ANDOR HEALTH, LLC, *et al.* | : |

## ORDER

**AND NOW**, this 23rd day of June 2022, consistent with the parties' obligations under our June 21, 2022 Order (D.I. 607), it is **ORDERED** we **OVERRULE** the parties' Objections to exhibits, jury instructions, and deposition designations (D.I. 563, 572, 581, 601, 603) without prejudice to be renewed consistent with our June 21, 2022 Order (D.I. 607).

KEARNEY, J.