IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ALLSCRIPTS HEALTHCARE, LLC,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 21-704-MAK |
| | : | |
| **ANDOR HEALTH, LLC,** *et al.* | : | |

# ORDER

**AND NOW**, this 29th day of July 2022, upon considering Defendants' Motion to strike and withdraw the parties' jury demands (D.I. 566), Supplemental Memorandum (D.I. 596), Plaintiffs' Oppositions (D.I. 617), Defendants' Reply (D.I. 624), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion to strike (D.I. 566) is **GRANTED in part** and **DENIED in part**:

1. An advisory jury will hear and address the legal issues covered by an enforceable jury waiver: Allscripts's claims against Mr. Toleti for misappropriation of trade secrets (Count VI), breach of the Settlement Agreement (Count XIII), breach of the Inventions and Restrictive Covenant Agreement (Count XIV), breach of the Merger Agreement (Count XVIII), and Declaratory Judgment (Count XX); and Mr. Toleti's claim against Allscripts for breach of the Merger Agreement (Count VIII); and,

2. Our jury will resolve all remaining claims.

**KEARNEY, J.**