IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALLSCRIPTS HEALTHCARE, LLC, *et al.* | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-704-MAK |
| | : | |
| ANDOR HEALTH, LLC, *et al.* | : | |

## ORDER

AND NOW, this 23rd day of August 2022, upon considering Plaintiff's Motion to enforce settlement (D.I. 641), Amar Bulsara's Opposition (D.I. 656), supporting Declarations (D.I. 643, 657, 658), following an evidentiary hearing where we evaluated witness credibility and studied admitted exhibits, and for reasons in an accompanying Memorandum including Findings of Fact and Conclusions of Law, it is **ORDERED** Plaintiff's Motion to enforce (D.I. 641) is **DENIED**.

KEARNEY, J.