## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Allscripts Healthcare, LLC, a North Carolina LLC, Health Grid Holding Company, LLC, Health Grid, LLC, Health Grid Coordinated Care Solutions, Inc., and Mahathi Software, LLC, | : : : : : : | |
| Plaintiff, | : : | C.A. No. 1:21-cv-00704-MAK |
| v. | : : | |
| Andor Health, LLC, a Delaware Corporation; Mahathi Software Pvt., Ltd.; Raj Toleti, individually and as Representative of the Participating Equityholders under the Merger Agreement; Paul Tyriver, individually; and Amar Bulsara, individually, | : : : : : : : | |
| Defendants. | : : | |
| Andor Health, LLC, Mahathi Software Pvt., Ltd., Raj Toleti, and Paul Tyriver, | : : : | |
| Counterclaim Plaintiffs, | : : | |
| v. | : : | |
| Allscripts Healthcare, LLC, James Hewitt, Jeff Franks, Warren Nash, and Bryan Seaborn, | : : : | |
| Counterclaim Defendants. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 9, 2022, a true and correct copy of the Answers and Objections to Plaintiffs' Interrogatories Issued to Mahathi Pursuant to the Court's August 9, 2022 Order (D.I. 648) was caused to be served by electronic mail on the counsel of record listed below:

62997/0001-43768362

Chad S. Stover
William Burton
Barnes & Thornburg, LLP
1000 N. West Street
Suite 1500
Wilmington, DE 19801-1054
302-300-3434 (Phone)
chad.stover@btlaw.com
william.burton@btlaw.com

Mark L. Durbin
Scott Peloza
Megan K. Krivoshey
Allison Lantero
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago IL 60606
312-357-1313 (Phone)
Mark.durbin@btlaw.com
speloza@btlaw.com
mkrivoshey@btlaw.com

Bradley P. Lehman
Gellert Scali Busenkell & Brown LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
302-416-3344 (Phone)
blehman@gsbblaw.com

Christina M. Baugh
Barnes & Thornburg LLP
3475 Piedmont Road N.E.
Suite 1700
Atlanta, GA 30305-3327
404-264-4026 (Phone)
CBaugh@btlaw.com

Of Counsel:

Jennifer A. Kenedy (admitted *pro hac vice*)
Bilal Zaheer (admitted *pro hac vice*)
W. Allen Woolley (admitted *pro hac vice*)
P. Russell Perdew admitted *pro hac vice*)
Andrew Reed (admitted *pro hac vice*)
LOCKE LORD LLP
111 South Wacker Drive, Suite 4100
Chicago, IL  60606
(312) 443-0377 (Phone)
Jkenedy@lockelord.com
Bilal.zaheer@lockelord.com
Allen.Woolley@lockelord.com
RPerdew@lockelord.com
Andrew.Reed@lockelord.com

**COLE SCHOTZ P.C.**

*/s/  Andrew L. Cole*
Andrew L. Cole (No. 5712)
Jack M. Dougherty (No. 6784)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131 (Phone)
(302) 652-3117 (Fax)
acole@coleschotz.com
jdougherty@coleschotz.com

*Attorneys for Defendants/Counterclaim Plaintiffs, Andor Health, LLC, Mahathi Software PVT., Ltd., Raj Toleti, and Paul Tyriver*

Dated:  September 12, 2022

2

62997/0001-43768362