# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Allscripts Healthcare, LLC, a North Carolina LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| Andor Health, LLC, a Delaware Corporation, et al., | ) ) ) |
| Defendants. | ) ) C.A. No. 1:21-cv-00704-MAK ) |
| Andor Health, LLC, et al, | ) ) |
| Counterclaim Plaintiffs, | ) ) |
| v. | ) ) |
| Allscripts Healthcare, LLC, et al., | ) ) |
| Counterclaim Defendants. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs/Counterclaim Defendants Allscripts Healthcare, LLC, Health Grid Holding Company, LLC, Health Grid, LLC, Health Grid Coordinated Care Solutions, Inc., Mahathi Software, LLC, Jim Hewitt, Jeff Franks, Warren Nash, and Bryan Seaborn, Defendant Amar Bulsara, and Defendants/Counterclaim Plaintiffs Andor Health, LLC, Mahathi Software Pvt., Ltd., Paul Tyriver, and Raj Toleti, individually and as Representative of the Participating Equityholders under the Merger Agreement (the "Parties"), that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Rule 41(c), this action, including all claims and counterclaims brought forth by the Parties in the above-captioned case, are hereby

129281104v.3

dismissed WITH PREJUDICE, and with each party to bear its own costs, expenses, and attorneys' fees.

Dated: September 23, 2022

| **BARNES & THORNBURG LLP** | **COLE SCHOTZ P.C.** |
|---|---|
| */s/ Chad S.C. Stover* | */s/ Andrew L. Cole* |
| Chad S.C. Stover (No. 4919) | Andrew L. Cole (No. 5712) |
| William J. Burton (No. 6243) | Jack M. Dougherty (No. 6784) |
| 1000 North West Street, Suite 1500 | Michael E. Fitzpatrick (No. 6797) |
| Wilmington, DE 19801 | 500 Delaware Avenue, Suite 1410 |
| Tel: (302) 300-3434 | Wilmington, DE 19801 |
| Fax: (302) 300-3456 | (302) 652-3131 (Phone) |
| Email: chad.stover@btlaw.com | (302) 652-3117 (Fax) |
| Email: william.burton@btlaw.com | acole@coleschotz.com |
| | jdougherty@coleschotz.com |
| OF COUNSEL: | |
| | OF COUNSEL: |
| Mark L. Durbin | |
| Scott T. Peloza | Jennifer A. Kenedy (admitted *pro hac vice*) |
| Christine E. Skoczylas | Bilal Zaheer (admitted *pro hac vice*) |
| Megan K. Krivoshey | W. Allen Woolley (admitted *pro hac vice*) |
| One North Wacker Drive, Suite 4400 | P. Russell Perdew admitted *pro hac vice*) |
| Chicago, Illinois 60606 | Andrew Reed (admitted *pro hac vice*) |
| Phone: (312) 357-1313 | LOCKE LORD LLP |
| Email: mark.durbin@btlaw.com | 111 South Wacker Drive, Suite 4100 |
| Email: speloza@btlaw.com | Chicago, IL 60606 |
| Email: Christine.skoczylas@btlaw.com | (312) 443-0377 (Phone) |
| Email: megan.krivoshey@btlaw.com | Jkenedy@lockelord.com |
| | Bilal.zaheer@lockelord.com |
| Christina M. Baugh | Allen.Woolley@lockelord.com. |
| 3475 Piedmont Road N.E., Suite 1700 | RPerdew@lockelord.com |
| Atlanta, GA 30305 | Andrew.Reed@lockelord.com |
| Tel: (404) 264-4046 | |
| Fax: (404) 264-433 | *Attorneys for Defendants/Counterclaim Plaintiffs, Andor Health, LLC, Mahathi Software PVT., Ltd., Paul Tyriver, and Raj Toleti, individually and as Representative of the Participating Equityholders under the Merger Agreement* |
| E-mail: CBaugh@btlaw.com | |
| | |
| Heather B. Repicky | |
| One Marina Park Drive, Suite 1530 | |
| Boston, MA 02210 | |
| Phone: (617) 316-5317 | |
| Email: heather.repicky@btlaw.com | |
| | |
| *Attorneys for Plaintiff Allscripts Healthcare, LLC* | |

2

**GELLERT SCALI BUSENKELL & BROWN LLC**

/s/ Bradley P. Lehman
Ronald S. Gellert (No. 4259)
Bradley P. Lehman (No. 5921)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
blehman@gsbblaw.com
regellert@gsbblaw.com

*Attorneys for Defendant Amar Bulsara*