# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ALLSCRIPTS HEALTHCARE, LLC,** *et al.* | : CIVIL ACTION |
| | : |
| v. | : NO. 21-704-MAK |
| | : |
| **ANDOR HEALTH, LLC,** *et al.* | : |

## ORDER

**AND NOW**, this 23rd day of September 2022, upon considering the parties' Stipulation of Dismissal (D.I. 667), it is **ORDERED**:

1. This action is **DISMISSED WITH PREJUDICE** under agreement of counsel and Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Rule 41(c); and,

2. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**